■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK JONES, Appellant.—Appeal by the defendant from a judgment of the County Court, Orange County (Byrne, J.), rendered March 24, 1986, convicting him of sexual abuse in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Mollen, P. J., Lawrence, Eiber, Sullivan and Balletta, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD KING, Also Known as EDWARD SMALL, Appellant.— Appeal by the defendant from a judgment of the County Court, Orange County (Aldrich, J.), rendered April 10, 1981, convicting him of burglary in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's position, the imposed sentence of 5 to 15 years' imprisonment for which he negotiated (see, People v Kazepis, 101 AD2d 816), was neither harsh nor excessive nor the result of the sentencing court's alleged bias against him. Additionally, the subsequent removal of the sentencing Judge from the Bench based on charges of misconduct wholly unrelated to the instant case (see, Matter of Aldrich v State Commn. on Judicial Conduct, 58 NY2d 279) does not warrant a vacatur or reduction of the imposed sentence. Mollen, P. J., Lawrence, Eiber, Sullivan and Balletta, JJ., concur.